THOMAS F. SHEEDY, Respondent, *v.* WILLIAM G. FOSTER, Defendant, MARIE FOSTER, Appellant, and NEAL D. BECKER, as Executor of WILLIAM J. K. KENNY, Deceased, Respondent.

Reported below, 167 App. Div. 935.
(Argued January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered June 9, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage.

The motion was made upon the ground that the question presented was merely academic.

*Charles E. Kelley* for motion.

*Jackson A. Dykman* opposed.

Motion denied, with ten dollars costs.